**AMENDED FORM 1**

## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page No:   1

| Case No.: | 21-02985-ESL | | Trustee Name: | Noreen Wiscovitch-Rentas |
| Case Name: | R CONVENIENCE LLC | | Date Filed (f) or Converted (c): | 10/04/2021 (f) |
| For the Period Ending: | 7/6/2023 | | §341(a) Meeting Date: | 11/04/2021 |
| | | | Claims Bar Date: | 01/31/2022 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  Cash on hand | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:**   Debtor amended to eliminate this asset. docket 14 | | | | | |
| 2  ORIENTAL BANK CHECKING ACCOUNT 3483 | $372.72 | $372.72 | | $372.72 | FA |
| 3  Accounts receivable 90 days old or less: face amount $0.00 - doubtful or uncollectible accounts $0.00 | $0.00 | $6,134.00 | | $0.00 | $6,134.00 |
| **Asset Notes:**   Per 2020 tax return a/r of insider. | | | | | |
| 4  Office furniture NONE $0.00 | $0.00 | $0.00 | | $0.00 | FA |
| 5  Office equipment, including all computer equipment and communication systems equipment and software NONE $0.00 | $0.00 | $0.00 | | $0.00 | FA |
| 6  Fraudulent transfer payment to Cooperativa Zeno Gandia for loan owed by The Debtor's former President to her mother.  **(u)** | $0.00 | $20,230.09 | | $0.00 | $20,230.09 |
| **Asset Notes:**   There maybe additional fraudulent transfers payments made.  NWR 4-25-23. | | | | | |

**TOTALS (Excluding unknown value)**                                                                                                    **Gross Value of Remaining Assets**

|  | $372.72 | $26,736.81 | | $372.72 | $26,364.09 |
|---|---|---|---|---|---|

**Major Activities affecting case closing:**

| 04/25/2023 | Pending attempt to settle fraudulent transfer claim and/or preference.  Adversary to be filed.  NWR 4-25-23 |
| 01/29/2023 | Counsel for Estate working on negotiating settlement.  NWR 1-29-23 |
| 10/01/2022 | Trustee negotiating with Cooperativa and Debtor's representatives to settle the preference claim. NWR 10-1-22 |
| 07/01/2022 | Counsel hired to pursue preference.  Demand letters sent for collection of preference.  NWR 7-1-22 |
| 03/31/2022 | 341 Meeting has not concluded.  Financial documents have been requested.  Trustee investigating fraudulent transfers.  NWR 3-31-22 |
| 12/13/2021 | Trustee investigating Preference/ Fraudulent transfer claims.  Bar date was requested.  The 341 Meeting has not been concluded.  NWR 12-13-2021 |
| 10/29/2021 | Trustee requested bar date as bank account funds were received.  Trustee investigating Debtor's financial affairs.  NWR 10-29-2021 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:    2

| | |
|---|---|
| **Case No.:** | 21-02985-ESL |
| **Case Name:** | R CONVENIENCE LLC |
| **For the Period Ending:** | 7/6/2023 |

| | |
|---|---|
| **Trustee Name:** | Noreen Wiscovitch-Rentas |
| **Date Filed (f) or Converted (c):** | 10/04/2021 (f) |
| **§341(a) Meeting Date:** | 11/04/2021 |
| **Claims Bar Date:** | 01/31/2022 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):**    12/31/2022          **Current Projected Date Of Final Report (TFR):**    12/31/2023

/s/ NOREEN WISCOVITCH-RENTAS

NOREEN WISCOVITCH-RENTAS